UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL MALDONADO, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JUDY QUACH, ET AL., )<br>)<br>Defendants. )<br>_____ ) | Case No.: C 0-04973 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On March 16, 2010, the parties appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the Separate Case Management Statements of the parties, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to May 4, 2010 at 2:00 p.m.

Dated:   March 16, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

ORDER, *page 2*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28