UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL MALDONADO, ET AL., ) <br> ) <br>          Plaintiffs, ) <br> ) <br>     v.                       ) <br> ) <br> JUDY QUACH, ET AL.,        ) <br> ) <br>          Defendants. ) <br> _____) | Case No.: C 09-04973 PVT <br><br> **ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

      On May 4, 2010, the parties appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Further Case Management Conference. Based on the Separate Case Management Statements of the parties, and the discussions held at the Case Management Conference,

      IT IS HEREBY ORDERED that the parties shall participate in the court's ADR program within sixty days of the date of this order.

      IT IS FURTHER ORDERED that the Case Management Conference be continued to July 27, 2010 at 2:00 p.m.

Dated: May 5, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28