UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL MALDONADO, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JUDY QUACH, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 09-04973 PVT <br><br> **ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

On July 27, 2010, the parties appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Further Case Management Conference. Based on the Case Management Statements of the parties, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the parties shall participate in Early Neutral Evaluation (ENE). The parties shall contact Howard A. Herman to schedule ENE in the above-captioned action.

IT IS FURTHER ORDERED that the fact discovery cut-off is January 7, 2011.

IT IS FURTHER ORDERED that the Case Management Conference be continued to

ORDER, *page 1*

1 | January 18, 2011 at 2:00 p.m.
2 | Dated:   July 28, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge